UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO. 7:10-CR-60-1-D

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| VS. | ) | ORDER |
| | ) | |
| BRIAN GREEN | ) | |

THIS MATTER COMING before the Court on the Defendant's motion to seal the Defendant's motion for variance, the Court finds that good cause exists to allow the motion, and therefore, the Defendant's motion is ALLOWED.

SO ORDERED.

This **13** day of October, 2010.

_____
JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE